# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlo Pietro Gentile, et al., | No. CV-19-00345-TUC-MSD |
| Petitioners, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

This case was filed on July 10, 2019, and randomly assigned to Magistrate Judge Maria S. Davila. (Doc. 2.) None of the parties to this action have consented to the exercise of jurisdiction by Judge Davila. On September 4, 2019, Petitioners Carlo Pietro Gentile and Nicholas Gentile filed a Notice, seeking dismissal without prejudice. (Doc. 7.) General Order 18-20 provides that if a magistrate judge considers dismissal of a civil case to be appropriate but lacks jurisdiction to dismiss, the case must be referred to a designated district judge for dismissal. Judge Davila considers dismissal of this case to be appropriate. Therefore,

**IT IS ORDERED** that the Notice (Doc. 7) is **approved**. This case is **dismissed without prejudice**. The Clerk of Court is directed to close this case.

Dated this 4th day of September, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge